IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SHARON MOATS and
WILLIAM MOATS,

       Plaintiffs,

v.                                                                                                     Civil Action: 3:06-cv-120

CITY HOSPITAL, INC.,
WEST VIRGINIA UNIVERSITY HOSPITALS-
EAST, INC.; GATEWAY REGIONAL HEALTH
SYSTEM, INC.; AND U.S. GOVERNMENT,

       Defendants.

## ORDER DENYING DEFENDANT CITY HOSPITAL'S SECOND MOTION TO COMPEL AS MOOT

On July 3, 2007, came Plaintiffs, by Gabriel A. Assad, by telephone, and Defendant City Hospital, by Christine Vaglienti, by telephone, for Defendant City Hospital's second motion to compel (docket 48). At the hearing, the parties informed the Court they would seek to resolve their dispute without judicial intervention. The motion to compel is therefore DENIED AS MOOT.

Any party may, within ten (10) days after being served with a copy of this order, file with the Clerk of the Court written objections identifying the portions of the order to which objection is made, and the basis for such objection. A copy of such objections should also be submitted to the District Court Judge of Record. Failure to timely file objections to the order set forth above will result in waiver of the right to appeal from a judgment of this Court based upon such order.

Filing of objections does not stay this order. Filing a motion to stay this order does not stay this order. In the absence of an order from the district court staying this order, all parties must comply with this order in a timely fashion as set forth herein.

DATED: July 3, 2007

                                          /s/ James E. Seibert
                                          JAMES E. SEIBERT
                                          UNITED STATED MAGISTRATE JUDGE