IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SHARON MOATS and
WILLIAM MOATS,

        Plaintiffs,

v.                                                                    Civil Action: 3:06-cv-120

CITY HOSPITAL, INC.,
WEST VIRGINIA UNIVERSITY HOSPITALS-
EAST, INC.; GATEWAY REGIONAL HEALTH
SYSTEM, INC.; AND U.S. GOVERNMENT,

        Defendants.

## ORDER DIRECTING DEFENDANT CITY HOSPITAL TO FILE EXHIBITS

The Court is currently considering Defendant City Hospital's (hereinafter Defendant) motion for reasonable expenses. The motion arises from Defendant's first motion to compel filed on May 3, 2007. In their brief against an award of reasonable expenses, Plaintiffs argue Defendant failed to adequately meet and confer before filing its motion to compel. In its brief in support of its first motion to compel, Defendant City Hospital references various exhibits. Some of these exhibits deal with Defendant's efforts to meet and confer. Yet none of these exhibits appear on the Court's CM/ECF system. Therefore, with five days from the date of this order, Defendant shall file on the Court's CM/ECF system a copy of all exhibits referenced in its brief in support of its first motion to compel (docket 34).

IT IS SO ORDERED.

DATED: July 5, 2007

                                                  /s/ James E. Seibert
                                                  JAMES E. SEIBERT
                                                  UNITED STATED MAGISTRATE JUDGE