IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

SHARON MOATS and
WILLIAM MOATS,

      Plaintiffs,

v.                                         CIVIL ACTION NO. 3:06-CV-120
                                            (BAILEY)

CITY HOSPITAL, INC.,
WEST VIRGINIA UNIVERSITY HOSPITALSEAST,
INC.; GATEWAY REGIONAL HEALTH
SYSTEM, INC.; AND U.S. GOVERNMENT,

      Defendants.

### ORDER AFFIRMING MAGISTRATE JUDGE'S MEMORANDUM, OPINION, AND ORDER

On this day, the above-styled matter came before the Court for consideration of Plaintiffs' Objections to Magistrate's Order of August 2, 2007 [Doc. 72]. Upon review of the plaintiff's motion, it is the opinion of this Court that Magistrate Judge Seibert's Memorandum, Opinion, and Order Granting in Part and Denying in Part Defendant City Hospital's Motion for Reasonable Expenses [Doc. 69] should be, and is, hereby **AFFIRMED** for the reasons stated in the same.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** August 14, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE