**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**SHARON MOATS and**
**WILLIAM MOATS,**

      Plaintiffs,

**v.**                                           **CIVIL ACTION NO.: 3:06-CV-120**
                                                    **(JUDGE BAILEY)**

**CITY HOSPITAL, INC., WEST**
**VIRGINIA UNIVERSITY HOSPITALS -**
**EAST, INC., GATEWAY REGIONAL**
**HEALTH SYSTEM, INC., and US**
**GOVERNMENT,**

      Defendants.

## ORDER GRANTING MOTION TO EXTEND DEADLINE

On this day, the above-styled matter came before the Court for consideration of the

defendants' Motion to Extend Deadline for Dispositive Motions [Doc. No. 82]. In support

of the Motion, defendant states that depositions of expert witnesses have been scheduled

beyond the discovery deadline of November 1, 2007, and the parties will not know of the

necessity and content of any dispositive motions until after those depositions have been

taken.

Upon review of the above, the Court finds sufficient grounds to **GRANT** the **Motion**

**to Extend Deadline [Doc. No. 82]**. Parties shall have until **December 15, 2007**, to file any

dispositive motions.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** November 8,  2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE