UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**SHARON and WILLIAM MOATS,**

    Plaintiffs,

v.                                                            **CIVIL NO. 3:06-CV-120 (Lead)**
                                                                   3:07-CV-22 (Member)
                                                                   (Judge Bailey)

**UNITED STATES OF AMERICA,**

    Defendant.

**ORDER APPROVING APPLICATION FOR ADMISSION *PRO HAC VICE***

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Jonathan B. Nace [(3:06-cv-120) **Doc. 112** / (3:07-cv-22) **Doc. 41**], it is **ORDERED** that the application be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: February 29, 2008.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

1